UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                                              Case No. 1 - 23 - 43211
<u>Nailah Bourne and Gladstone Junior Robinson</u>,
                                                                                        Chapter 7
                              Debtor.
---------------------------------------------------------x
<u>Nailah Bourne</u>,

                              Plaintiff,

         -against-                                                             Adv. Proc. No.

CrossCountry Mortgage, LLC and McMichael
Taylor Gray, LLC
_____,

                              Defendants,
---------------------------------------------------------x

## CLAIM; AND REDRESS FOR RELIEF

Nailah Bourne, Plaintiff, filing this claim for relief against CrossCountry Mortgage, LLC and McMichael Taylor Gray, LLC,(hereinafter, "Defendants"), seeking relief as follows: Recovery of Money; and Recovery of Property; and Validation of Lien; and Removal of all Liens Known and Unknown; and Injunctive Relief; and Declaratory Judgment; and Determination of Removed action (SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF RICHMOND 135121/2022):

1. The Bankruptcy Court has jurisdiction to determine this matter because Plaintiff's Bankruptcy case is currently before this court;
2. The Plaintiff, Nailah Bourne, is domiciled at 125 Beverly Avenue Staten Island New York, 10301;
3. The Defendant CrossCountry Mortgage, LLC, place of business is 1 Corporate Drive Suite 360 Lake Zurich, IL 60047,[Diversity of Citizenship];
4. The Defendant McMichael Taylor Gray, LLC, place of business is 3550 Engineering Drive Suite 260 Peachtree Corners, GA 30092-2871,[Diversity of Citizenship];
5. Defendants CrossCountry Mortgage, LLC and McMichael Taylor Gray, LLC, filed a Notice of Appearance,(Docket No. 8, in this case);

6. Defendants have not filed US District Bankruptcy, Official Form 410 in this case;
7. Defendants did not attend Plaintiffs 341 Meeting of Creditors;
8. Defendants continued with the foreclosure and sale of Plaintiffs home after being notified of the petition for relief; and automatic stay(Docket No. 27 in this case);
9. Defendants continued to mail Plaintiffs debt collector letters after being notified of the petition for relief; and automatic stay(Docket No. 27 in this case);
10. Plaintiff alleges that Defendants worked in concert to violate Public Law 95-598, §362; and this courts Automatic Stay; and are injuring Plaintiff by continuing the sale; and possession of Plaintiffs home, which is listed in Plaintiffs Schedule C;

WHEREFORE, Plaintiff(s) respectfully request that this Court declare that Defendants violated Public Law 95-598, §362, as well as all applicable Federal Bankruptcy Laws; and grant Plaintiff the real property/home listed in Schedule C, unencumbered by any Rights, Title, Interest or Liens of and by Defendants; and a Permanent Injunction against Defendants; and a Declaratory Judgment against Defendants; and a Determination of a Removed Action, aforementioned; and Monetary and Punitive Relief in the amount of $7, 777, 777.77.

Respectfully and with explicit reservation of all unalienable rights
Without prejudice and without recourse to any unalienable rights
To be held harmless and with clean hands

:Nailah-Femi :Bourne
by: Nailah-Femi: Bourne Beneficiary
Plaintiff/Beneficiary

:Gladstone :Robinson Jr
By: Gladstone :Robinson Jr
Attorney-In-Fact/Subrogor
TEACHINGPRNCPLS@gmail.com
347-743-1479

Date:Month, <u>Eleventh</u>  Day, <u>Twenty First</u>  Year, <u>Two Thousand Twenty Third</u>